IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | No. 6:18-CR-52 |
| § | Judge JRG-JDL |
| TRAVIS E. GRINDLE § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**Count One**

> Violation: 18 U.S.C. § 641
> [Theft of government money]

Beginning not later than in or about January 2011, and continuing through in or about December 2015, in Wood County, Texas, in the Eastern District of Texas, the defendant, **Travis E. Grindle**, did willfully and knowingly embezzle, steal, purloin, and commit to his own use, on a recurring basis, monies having a value in excess of $1,000 and belonging to the United States Railroad Retirement Board, an agency and department of the United States, by concealing his income in order to receive Railroad Retirement Board occupational disability benefits.

All in violation of 18 U.S.C. § 641.

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 Fax

Information – Page 2

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461

As a result of committing the offense alleged in this information, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, any property constituting or derived from proceeds the defendant obtained as a result of such violation, including but not limited to the following:

### Cash Proceeds

A sum of money to be determined by the court, and all interest and proceeds traceable thereto, representing the amount of proceeds obtained by the defendant as a result of the offense alleged in this information for which the defendant is personally liable.

### Substitute Assets

If any property subject to forfeiture, as a result of any act or omission by the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendant.

By virtue of the commission of the felony offense charged in this information, any and all interest the defendant has in the above-described property is vested in the United

States and hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:18-CR-____ Judge _____ |
| TRAVIS E. GRINDLE | § | |

## NOTICE OF PENALTY

### Count One

VIOLATION: 18 U.S.C. § 641

PENALTY: Imprisonment for not more than 10 years; a fine of not more than $250,000; a term of supervised release of not more than 3 years.

SPECIAL ASSESSMENT: $100.00