IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 6:18-CR-52<br>Judge JRG/JDL |
| TRAVIS E. GRINDLE | | |

## **ELEMENTS OF OFFENSE**

The defendant is charged in Count One of the information with Theft of Government Funds, in violation of 18 U.S.C. § 641. The essential elements which must be proven to establish this violation are:

1. The money described in the indictment belonged to the U.S. government and had a value in excess of $1,000;

2. The defendant embezzled, stole, or knowingly converted such money to his own use; and

3. The defendant did so knowing the money was not his and with intent to deprive the owner of the use or benefit of the money.

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 Fax
frank.coan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:18-CR-52 |
| | § | Judge JRG/JDL |
| TRAVIS E. GRINDLE | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading has been served on counsel for the defendant via the Court's CM/ECF system on this the 7th day of August, 2018.

_____
L. Frank Coan, Jr.