IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 6:18-CR-52 |
| | § | Judge JRG-JDL |
| TRAVIS E. GRINDLE | § | |

## FACTUAL BASIS

Investigation by the United States Railroad Retirement Board, Office of Inspector General has disclosed the following facts, which I accept as true and correct, establishing that I, the defendant, **Travis E. Grindle** violated 18 U.S.C. § 641 (theft of government funds):

1. The Railroad Retirement Board (RRB) is an independent federal agency of the United States.

2. The RRB's primary function is to administer retirement, disability, survivor, and unemployment benefit programs for the nation's railroad workers and their eligible family members.

3. With respect to disability benefits, an individual must apply to receive such payments. After an eligibility determination has been made, there is a periodic review of the beneficiary's disability to confirm whether annuity payments should continue.

4. Recipients of disability benefits are obligated to report certain events that may affect continued payment. Such events include the performance of any work, improvement of condition, receipt of worker's compensation or other disability-related payments, and any criminal convictions.

5. RRB disability payments are not made for (1) any month in which the beneficiary works in the railroad industry or (2) any month in which the beneficiary's earnings exceed limits that are established by the RRB each year.

6. A letter is sent annually to beneficiaries that advises them of the limit in effect for that particular year.

7. Union Pacific Railroad is a railroad company, the employees of which have retirement, disability, and h ealth care benefits administered by the RRB.

8. I was employed by Union Pacific Railroad as a brakeman from approximately June 1973 until April 1993.

9. In or about February 1995, I applied to the RRB for a determination of employee disability due to degenerative disc disease and hearing loss.

10. I was subsequently approved for disability payments, which were deemed effective as of July 1, 1994.

11. From July 1994-August 2015, I received just over $550,000 in monthly payments from the RRB.

12. While receiving disability benefits, I was aware of my reporting obligations to the RRB with respect to any income-producing employment.

13. In or about August 1995, I formed a truck leasing corporation, for which I served as owner and president. Around that same time, I was also hired as a truck driver for a company located in Hutchins, Texas.

14. From 2011-2015, my earnings from employment exceeded the RRB's annual earnings limits.

15. During that time, I received correspondence from the RRB that advised me of the applicable earnings limits.

16. At all relevant times, I resided in Wood County, Texas, in the Eastern District of Texas.

17. The loss amount resulting from the offense is more than $40,000, but less than $95,000.

I hereby stipulate that the facts described above are true and correct, and I accept them as the uncontested facts of this case.

Dated: 8/1/18

_____
Travis E. Grindle
Defendant

I have reviewed this Factual Basis with the defendant. Based on these discussions, I am satisfied that he understands the terms and effect of the Factual Basis and that he has signed it voluntarily.

Dated: August 2018

_____
F.R. Files, Jr.
Attorney for Defendant